UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RICHARD CAVE, ET AL.,

Plaintiffs

v. C.A. No. 02-281T

AC&S, INC., ET AL

Defendants

**ORDER OF DISMISSAL**

On December 17, 2004, this Court issued an order directing the plaintiff to show cause why this case should not be dismissed for lack of prosecution. Since the plaintiff has failed to show cause, it is hereby ORDERED that the case is dismissed.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Oct 12, 2005